# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

| | | |
|---|---|---|
| PERFETTI VAN MELLE USA, a Kentucky corporation | : : : | Case No. 2:10-cv-35-DLB |
| and | : : | Judge David L. Bunning |
| PERFETTI VAN MELLE BENELUX B.V., a Netherlands corporation | : : : : | (ECF Filed) |
| Plaintiffs, | : : : | **PARTIES' JOINT REPORT CONCERNING THE STATUS OF SETTLEMENT NEGOTIATIONS** |
| vs. | : : | |
| CADBURY ADAMS USA LLC a Delaware limited liability company, | : : : | |
| Defendant | : | |

Pursuant to the Court's August 16, 2011 Order (Dkt. No. 104), ordering that the above-referenced case shall remain stayed until further Order of the Court and that on or before September 16, 2011 the parties submit either an agreed order of dismissal or a joint status report informing the Court of the status of their settlement negotiations, the parties advise the Court as follows:

The parties have negotiated all provisions of a settlement agreement except one on which they are still exchanging comments. Upon negotiation of this final term, the parties will be ready to sign the settlement agreement which contemplates execution and filing of a dismissal of this litigation with prejudice simultaneously with the execution of the agreement. It is believed that this final provision of the settlement agreement will be negotiated and that the agreement can be executed within the next 30 days.

-2-

Respectfully Submitted,

September 15, 2011

| | |
|---|---|
| s/Philip L. O'Neill | s/David D. Black |
| Philip L. O'Neill | David D. Black (KBA #85647) |
| poneill@jhip.com | david.black@dinslaw.com |
| Marsha G. Gentner | Patrick D. Lane (admitted *pro hac vice*) |
| mgenner@jhip.com | pat.lane@dinslaw.com |
| JACOBSON HOLMAN PLLC | DINSMORE & SHOHL LLP |
| 400 Seventh Street, N.W. | 255 E. Fifth Street, Suite 1900 |
| Washington, DC 20004-2218 | Cincinnati, OH 45202 |
| Phone: (202) 638-6666 | Phone: (513) 977-8200 |
| Facsimile: (202) 393-5350 | Facsimile: (513) 977-8141 |
| | |
| Richard G. Meyer (KBA #47554) | Barbara A. Solomon |
| rmeyer@dbllaw.com | bsolomon@fzlz.com |
| Nicholas C. Birkenhauer (KBA #91901) | Jason Douglas Jones |
| mbirkenhauer@dbllaw.com | jjones@fzlz.com |
| DRESSMAN BENZINGER LAVELLE PSC | FROSS ZELNICK LEHRMAN ZISSU, P.C. |
| 207 Thomas More Parkway | 866 United Nations Plaza |
| Crestview Hills, KY 41017 | New York, NY 10017 |
| Phone: (859) 341-1881 | Phone: (212) 813-5900 |
| Facsimile: (859) 341-4879 | Facsimile: (210) 813-5901 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September 2011, the foregoing document was electronically filed through the Court's CM/ECF system, which will send a notice of electronic filing of this document to all counsel of record.

For Plaintiffs:

Philip L. O'Neill (poneill@jhip.com)
Marsha G. Gentner (mgentner@jhip.com)
Richard G. Meyer (rmeyer@dbllaw.com)
Nicholas C. Birkenhauer (nbirkenhauser@dbllaw.com)

For Defendant:

David D. Black (david.black@dinslaw.com)
Patrick D. Lane (pat.lane@dinslaw.com)
Barbara A. Solomon (bsolomon@fzlz.com)
Jason D. Jones (jjones@fzlz.com)

                                                  s/David D. Black
                                                  David D. Black, Esq.

1986942v1