# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

PERFETTI VAN MELLE USA, et al.                                             PLAINTIFFS

vs.                                                    No.  2:10-CV-35-DLB - CJS

CADBURY ADAMS USA LLC                                                 DEFENDANT

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Perfetti Van Melle USA and Perfetti Van Melle Benelux B.V. and Defendant Cadbury Adams USA LLC stipulate and agree that the lawsuit shall be dismissed with prejudice, each side to bear its own costs and legal fees.

By:    s/ Philip L. O'Neill                              By:   s/ Barbara A. Solomon
       Philip L. O'Neill                                       Barbara A. Solomon
       JACOBSON HOLMAN PLLC                                    FROSS ZELNICK LEHRMAN & ZISSU, P.C.
       400 Seventh Street, N.W.                                866 United Nations Plaza
       Washington, D.C.  20004-2218                            New York, NY 10017
       (202) 626-4681                                          (212) 813-5900

       Attorney for Plaintiffs                                 Attorney for Defendant


       SO ORDERED this ___ day of _____, 2011:


                                                       _____
                                                       UNITED STATES DISTRICT JUDGE

{F0848875.1 }