Eastern District of Kentucky
**FILED**

OCT 17 2011

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

PERFETTI VAN MELLE USA, et al.                                    PLAINTIFFS

vs.                                                       No. 2:10-CV-35-DLB - CJS

CADBURY ADAMS USA LLC                                             DEFENDANT

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Perfetti Van Melle USA and Perfetti Van Melle Benelux B.V. and Defendant Cadbury Adams USA LLC stipulate and agree that the lawsuit shall be dismissed with prejudice, each side to bear its own costs and legal fees.

By:   s/ Philip L. O'Neill              By:   s/ Barbara A. Solomon
      Philip L. O'Neill                        Barbara A. Solomon
      JACOBSON HOLMAN PLLC                     FROSS ZELNICK LEHRMAN & ZISSU, P.C.
      400 Seventh Street, N.W.                 866 United Nations Plaza
      Washington, D.C. 20004-2218              New York, NY 10017
      (202) 626-4681                           (212) 813-5900

      Attorney for Plaintiffs                  Attorney for Defendant

SO ORDERED this 17th day of OCTOBER, 2011:

Signed By:
David L. Bunning
UNITED STATES District Judge

{F0848875.1}